1022

[No. 44621-5-I. Division One. September 5, 2000.]

JON M. NORTON, *Respondent*, v. LAVONNE M. BOWERS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-2-00484-5, Richard J. Thorpe, J., entered March 19, 1999. *Reversed* by unpublished opinion per Ellington, J., concurred in by Grosse and Baker, JJ.

[No. 44517-1-I. Division One. September 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW JAMES FLOE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00230-6, James H. Allendoerfer, J., entered April 14, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Appelwick, JJ.

[No. 44149-3-I. Division One. September 5, 2000.]

ERIC L. FREISE, ET AL., *Respondents*, v. HELGA KAHR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-25227-0, Larry A. Jordan, J., entered January 7, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, A.C.J., and Coleman, J.

[No. 41651-1-I. Division One. September 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. HOLOFA CROWDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04992-8, Faith Ireland, J., entered June 5, 1997. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Baker, JJ. Now published at 103 Wn. App. 20.